UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER MILEY

VERSUS

DEPUTY DOE AND JASON ARD,
SHERIFF OF LIVINGSTON PARISH

CIVIL ACTION

NO. 18-355-JWD-RLB

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 5, 2018, to which an opposition was filed;

**IT IS ORDERED** that Plaintiff's Motion to File Amended Complaint (R. Doc. 20) and Plaintiff's Request for Leave of Court to File First Amended Civil Rights Complaint (R. Doc. 23) are DENIED.

Signed in Baton Rouge, Louisiana, on October 31, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA